THOMAS A. LEWIS, APPELLANT, VS. HENRY W. SNELL, APPELLEE.

Writ of Error to the Circuit Court Polk county.

*Frank Clark*, for Appellant.

*J. W. Brady*, for Appellee.

Memorandum Decisions.

This action was brought by the appellee against the appellant. There was judgment for the plaintiff and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.